## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Denise McClellan | :      CIVIL ACTION |
| v. | : |
|  | :      No. 02-4182 |
| Edward Stanley, Jr., et al | : |
|  | : |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Tuesday, December 3, 2002.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court


By:_____
Tashia C. Irving
Deputy Clerk
Phone:267-299-7071

Date:August 30, 2002

Copies:      Katherine Gallagher, Courtroom Deputy to Judge Harvey Bartle, III
                Docket Clerk - Case File

         Counsel:        Richard F. Klineburger, III, Esq.
                         James L. Barlow, Esq.

ARB2.FRM